Decided January 17, 1996

## LEWIS J. BUSCONI ET AL. *v.* RONALD DIGHELLO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 39 Conn. App. 753 (AC 14330), is denied.

*Bernard Green*, in support of the petition.

*Todd H. Lampert*, in opposition.

Decided January 17, 1996

## KRISTOFER BASTEK ET AL. *v.* JAMES SCHULTZ

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 923 (AC 13912), is denied.

*James J. Schultz*, pro se, in support of the petition.

Decided January 17, 1996

## RECOVERY ALLIANCE, INC. *v.* DEPARTMENT OF REVENUE SERVICES, DIVISION OF SPECIAL REVENUE

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 924 (AC 14669), is denied.

*Francis W. Benner*, in support of the petition.

Decided January 17, 1996